**Opinion filed December 5, 2024**



## In The

# Eleventh Court of Appeals

_____

## No. 11-24-00146-CR

_____

## SLADE KING, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 15564-D**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In his motion, Appellant states that he "no longer wishes to pursue this appeal." The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE


December 5, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.